October 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

KORI LYNN HENEGAR, Appellant

NO. 14-15-00529-CR                     V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment adjudicating guilt is **REFORMED**, to read as follows: (1) appellant Kori Lynn Henegar's plea to motion to adjudicate is changed from "true" to "not true"; and (2) the trial court's findings shall include an additional finding under section 5 that appellant violated the terms and conditions of community supervision "by failing to perform community service."

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.